**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, DR. BAKUL DESAI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : : | UNITED STATES DISTRICT COURT, |
| Plaintiff, | : : | DISTRICT OF NEW JERSEY |
| | : : | |
| vs. | : : | CRIM. NO. 2:08-cr 158 (SRC) |
| | : : | |
| DR. BAKUL DESAI, | : : | ORDER PERMITTING DEFENDANT TO |
| | : : | TRAVEL TO INDIA |
| Defendant(s) | : : | |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for defendant Dr. Bakul Desai requesting an Order Modifying Defendant's Probation and permitting defendant to travel to India and the United States Attorney, by Maureen Nakly, Assistant United States Attorney, and Stanley Whetstone, US Probation, appearing and for good cause shown,

IT IS on this 28th day of November, 2011;

ORDERED that the defendant is hereby permitted to travel to Delhi, India, leaving Newark on Wednesday, November 23, 2011 and returning on Sunday, December 11, 2011 with the following conditions:

1. The full itinerary is to be submitted to probation services;

_____
HON. STANLEY R. CHESLER, USDJ

I hereby consent to form
and entry of Order

_____
MAUREEN NAKLY, AUSA

_____
STANLEY K. WHETSTONE, US PROBATION

# Dr. SHRIKANT K. RAJE <small>MBBS</small>

**003- Ishan Residency, Opp. Hanuman mandir, Gokhala Road, Thane(W)- 400602**

Date : November 18,2011

To whomsoever It May concern

This is to inform that Mrs. Urmila Desai, Age 80 ,is suffering from acute myocardial infarct with heart failure and is critically ill. She is in need of proper medical care and attention by immediate family members .Her husband is old and is unable to mange her condition well.

Further assistance is needed immediately for medical investigations and treatment.

Regards

Dr.Shrikant Raje,M.B.B.S,

DR. SHRIKANT K. RAJE
M. B. B. S. (BOM.)
REG. NO. 55998

# WILLIS & YOUNG

A Professional Corporation
Attorneys at Law

921 Bergen Avenue
Suite 525
Jersey City, New Jersey 07306

Peter R. Willis, NJ Bar
John A. Young, Jr., NJ, PA Bar
Charles Alvarez, NJ, NY Bar
********************************

Telephone 201-659-2090
Fax 201-659-1964

VIA FACSIMILE
973-645-3177

November 22, 2011

Hon. Stanley R. Chesler, USDJ
United States District Court
U.S. Post Office & Courthouse
Room 417
Newark, NJ 07101

Re:  USA v. Bakul Desai
     Cr. No: 08-158

Your Honor:

    Enclosed is a copy of correspondence sent to Dr. Bakul Desai regarding his mother's present medical condition. I spoke to Assistant United States Attorney Maureen Nakly and Probation Officer Stanley Whetstone both of them have consented to permit Dr. Desai to attend to his mother's medical condition and travel to India. I have forward to Ms. Nakly and Mr. Whetstone Dr. Desai's travel information.

    Thank you for your attention to this matter.

Respectfully,

*Peter Willis*

PETER R. WILLIS

cc:  Maureen Nakly, AUSA