**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant BAKUL DESAI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BAKUL DESAI,<br><br>Defendant(s) | : :<br>: :<br>: :<br>: :<br>: :<br>: :<br>: :<br>: :<br>: :<br>: :<br>: :<br>: : | UNITED STATES DISTRICT COURT,<br>DISTRICT OF NEW JERSEY<br><br><br>CRIMINAL NO. 2:08-CR 158 (SRC)<br><br><br>ORDER TO TERMINATE<br>PROBATIONARY SENTENCE |

**THIS** matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for Bakul Desai, for an Order terminating Defendant's probationary sentence, and the United States Attorney, by Maureen Nakly, Assistant United States Attorney, appearing and for good cause shown, ~~and the Court having reviewed the submissions of the parties on papers~~

~~IT IS~~ on this ~~____ day of April, 2012;~~

~~ORDERED that the Motion is hereby GRANTED.~~ concluded that defendant has failed to demonstrate sufficient extraordinary circumstance to warrant granting defendant application; it is on this 13 day of April 2012, hereby ordered that the application is denied

Hon. Stanley R. Chesler, USDJ